| | |
|---|---|
| 1 | Thanh-Thuy T. Luong (State Bar No. 293859)<br>tluong@jonesday.com |
| 2 | JONES DAY<br>3161 Michelson Drive |
| 3 | Suite 800<br>Irvine, CA  92612.4408 |
| 4 | Telephone: +1.949.851.3939<br>Facsimile:  +1.949.553.7539 |
| 5 | |
| 6 | Attorneys for Defendant<br>EXPERIAN INFORMATION SOLUTIONS, INC. |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| RABECCA BRUCE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>　　　　　Defendant. | Case No. 2:17-cv-01541-JAM-CMK<br><br>Hon. Magistrate Judge<br>Craig M. Kellison<br><br>**STIPULATION TO CONTINUE DEADLINE FOR SUPPLEMENTAL EXPERT WITNESS DISCLOSURE AND DISCLOSURE OF REBUTTAL EXPERT WITNESSES**<br><br>Complaint filed: July 25, 2017 |

Plaintiff Rabecca Bruce ("Plaintiff") and Defendant Experian Information Solutions, Inc. ("Experian") (collectively, "the Parties"), pursuant to Local Rule 144, hereby stipulate to continue the deadline for supplemental expert witness disclosure and disclosure of rebuttal witnesses by two weeks, to August 31, 2018.

The current deadline for supplemental expert witness disclosure and disclosure of rebuttal experts is August 17, 2018.  The Parties have been actively working to resolve this case.  The Parties would like the opportunity to exhaust settlement discussions prior to incurring the costs and expense of proceeding with further expert discovery.

STIPULATION TO EXTEND EXPERT REBUTTAL
AND SUPPLEMENTAL DISCLOSURES
Case No. 2:17-cv-01541-JAM-CMK

Accordingly, the Parties respectfully request that the Court continue the deadline for supplemental expert witness disclosure and disclosure of rebuttal witnesses by two weeks to August 31, 2018. There have been no prior requests for extension of the deadlines set in the Status Order. The requested extension will not alter the date of any event or deadline fixed by the Status Order.

Respectfully submitted,

Dated: August 17, 2018                    JONES DAY

By: */s/ Thanh-Thuy T. Luong*
    Thanh-Thuy T. Luong

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

Dated: August 17, 2018        By: */s/ Stephanie R. Tatar (as authorized on 8/17/2018)*
    Stephanie R. Tatar

Attorney for Plaintiff

IT IS SO ORDERED.

Dated: 8/20/2018 _____ _____        /s/ John A. Mendez
Hon. John A. Mendez
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I, Thanh-Thuy T. Luong, declare:

I am a citizen of the United States and employed in Orange County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 3161 Michelson Drive, Suite 800, Irvine, California 92612.4408. On August 17, 2018, I served a copy of the **STIPULATION TO CONTINUE DEADLINE FOR SUPPLEMENTAL EXPERT WITNESS DISCLOSURE AND DISCLOSURE OF REBUTTAL EXPERT WITNESSES** by electronic transmission.

I am familiar with the United States District Court for the Eastern District of California's practice for collecting and processing electronic filings. Under that practice, documents are electronically filed with the court. The court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document. Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities. Under said practice, the following CM/ECF users were served:

Stephanie R. Tatar
Tatar Law Firm, APC
3500 West Olive Avenue, Suite 300
Burbank, CA 91505
T: (323) 744-1146
F: (888) 778-5695
Email: Stephanie@TheTatarLawFirm.com
*Attorneys for Plaintiff*

Executed on August 17, 2018, at Irvine, California.

*/s/ Thanh-Thuy T. Luong*
Thanh-Thuy T. Luong